No. 27, October Term, 1963. VANN ET AL. v. BAGGETT, SECRETARY OF STATE OF ALABAMA, ET AL., 377 U. S. 533; No. 35, October Term, 1963. DRESNER ET AL. v. CITY OF TALLAHASSEE, 378 U. S. 539; No. 41, October Term, 1963. McCONNELL ET AL. v. BAGGETT, SECRETARY OF STATE OF ALABAMA, ET AL., 377 U. S. 533; No. 95, October Term, 1963. WILLIAMSON v. CALIFORNIA, 377 U. S. 994; No. 99, October Term, 1963. WENZLER ET AL. v. CALIFORNIA, 377 U. S. 994; No. 245, October Term, 1963. BERMAN v. UNITED STATES, 378 U. S. 530; No. 264, October Term, 1963. DONOVAN ET AL. v. CITY OF DALLAS ET AL., 377 U. S. 408; No. 297, October Term, 1963. SWANN v. ADAMS, SECRETARY OF STATE OF FLORIDA, ET AL., 378 U. S. 553; Nos. 379 and 380, October Term, 1963. PAN-AMERICAN LIFE INSURANCE CO. v. LORIDO, 377 U. S. 990; No. 553, October Term, 1963. FINCH ET AL. v. CALIFORNIA, 377 U. S. 990; No. 556, October Term, 1963. UNITED MINE WORKERS OF AMERICA v. WHITE OAK COAL CO., INC., 375 U. S. 966; No. 608, October Term, 1963. NEERING v. FLORIDA, 377 U. S. 980; No. 673, October Term, 1963. PAN-AMERICAN LIFE INSURANCE CO. v. RECIO, 377 U. S. 990; No. 819, October Term, 1963. MARDER v. MASSACHUSETTS, 377 U. S. 407; No. 930, October Term, 1963. SANAPAW ET AL. v. WISCONSIN, 377 U. S. 991; and No. 939, October Term, 1963. CHAMBERLIN ET AL. v. DADE COUNTY BOARD OF PUBLIC INSTRUCTION ET AL., 377 U. S. 402. Petitions for rehearing denied.